UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SOSTETENES MAYORGA, on behalf of himself
and other employees similarly situated,

                     Plaintiffs,



**CONSENT TO BECOME
PARTY PLAINTIFF**

        -against-

23rd AND 9th RESTAURANT CORP., d/b/a
 Chelsea Square Restaurant, JOHN BUMACI,
and JOHN LAPSATIS,

                     Defendants.
------------------------------------------------------------------X

    By my signature below, I hereby authorize the filing and prosecution of the above-described Fair Labor Standards Act action in my name and on my behalf by the Named Plaintiff Sostetenes Mayorga ("Named Plaintiff") and so designate the Named Plaintiff as my agent to make decision on my behalf concerning the lawsuit, the method and manner of conducting the lawsuit, entering into an agreement with the Named Plaintiff's counsel concerning attorneys' fees and costs, entering into a settlement agreement with the Defendants, and all other matters pertaining to this lawsuit.

_Sostenes Mayorga_       Dated: 10/12/07
(Signature)

_Sostenes Mayorga_
(Print your name)