DEC-03-2007 16:21 From:CARY KANE LLP    2128686302    Fax:    To:915166911101    Page:4/4
                                           NJV LLP                    Nov 28 2007 09:43pm  P003/003

Jeffery A. Meyer (JM-4468)
Kaufman Dolowich & Voluck LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: (516) 681-1100
Facsimile: (516) 681-1101
jmeyer@kdvlaw.com
Attorneys for Defendants

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X

SOSTETENES MAYORGA, on behalf of himself        Index No. 07 Civ. 9530
and other employees similarly situated,

                                    Plaintiffs,

              -against-                          **STIPULATION**

23RD AND 9TH RESTAURANT CORP., d/b/a
CHELSEA SQUARE RESTAURANT, JOHN
BUMACI, and JOHN LAPSATIS,

                                    Defendants.

-----------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for
their respective clients that Defendants' time to respond to Plaintiff's Complaint is hereby
extended to December 21, 2007.

Dated: Woodbury, New York
      November 27, 2007

KAUFMAN DOLOWICH & VOLUCK LLP          CARY KANE LLP
Attorneys for Defendants                Attorneys for Plaintiffs


By: _____            By: _____
Jeffery A. Meyer, Esq.                 Walter Kane, Esq.
135 Crossways Park Drive, Suite 201    1350 Broadway, Suite 815
Woodbury, New York 11797               New York, New York 10018
(516) 681-1100                         (212) 868-6300

ND: 4840-7642-6498, v. 1               Dated: December ___, 2007
                                       To Be So Ordered:


                                       By: _____
                                           Hon. Barbara Jones

                                       Dec. 7, 2007