Jeffery A. Meyer (JM-4468)
Kaufman Dolowich & Voluck LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: (516) 681-1100
Facsimile: (516) 681-1101
jmeyer@kdvlaw.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOSTETENES MAYORGA, on behalf of himself
and other employees similarly situated,

                          Plaintiffs,       Index No. 07 Civ. 9530

    -against-

23RD AND 9TH RESTAURANT CORP., d/b/a      **RULE 7.1 STATEMENT**
CHELSEA SQUARE RESTAURANT, JOHN
BUMACI, and JOHN LAPSATIS,

                          Defendants.
------------------------------------------------------------X

      The Defendants, by their counsel, Kaufman Dolowich & Voluck, LLP, set forth the following:

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants certifies that it has no parent corporations or publicly held companies that own ten percent (10%) or more of its stock and none of the Defendants are not a publicly held company.

Dated:      December 21, 2007
              Woodbury, New York

                                        Kaufman Dolowich & Voluck LLP
                                        Attorneys for Defendants

                               By: _____
                                      Jeffery A. Meyer (JM-4468)
                                      135 Crossways Park Drive, Suite 201
                                      Woodbury, New York 11797
                                      (516) 681-1100