UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOSTETENES MAYORGA,

          Plaintiff,

- against -

23RD AND 9TH RESTAURANT CORP., et al.,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-14-08

ORDER

07 Civ. 9530 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference before the Court on August 14, 2008,

**IT IS HEREBY ORDERED** that the Parties appear for a subsequent conference before the Court on **November 6, 2008, at 10:00 a.m.**

**SO ORDERED this 14th day of August 2008**
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge