```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-12-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOSTETENES MAYORGA,

                Plaintiff,

       - against -

23RD AND 9TH RESTAURANT CORP., et al.,

                Defendants.

ORDER

07 Civ. 9530 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on March 12, 2009,

**IT IS HEREBY ORDERED** that Parties appear for a subsequent conference with the Court on **April 14, 2009, at 10:00 a.m.**

**SO ORDERED** this 12th day of March 2009
New York, New York

*/s/ Ronald L. Ellis*
The Honorable Ronald L. Ellis
United States Magistrate Judge